UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| S. DEANDA,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>UNKNOWN,<br><br>　　　　Respondent. | No. 2:16-cv-2755 JAM GGH P<br><br><br>ORDER |

　　　　Petitioner, a state prisoner at High Desert State Prison, has filed the consent form, declining to proceed before a magistrate judge and requesting reassignment to a district judge. (ECF No. 4.) Petitioner, however, has not signed the form. It is signed by Maricela De Anda, who lists herself as "attorney in fact."

　　　　Petitioner is informed that as a party appearing in pro per, he must sign all documents personally. E.D. Local Rule 131(b). Therefore, the consent form filed on December 23, 2016, will be disregarded.

　　　　In accordance with the above, IT IS HEREBY ORDERED that:

　　　　1. Petitioner's consent form (ECF No. 4) is disregarded;

////

////

////

1

2. The Clerk of the Court shall send petitioner another consent form, to be completed and signed by petitioner himself, within **30** days of this order.

Dated: December 29, 2016

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE

GGH:076/dean2755.cons.form