1

2

3

4

5

6

7                     UNITED STATES DISTRICT COURT

8                 FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10   SANTINO DeANDA,                          No.  2:16-cv-02755-JAM-GGH

11              Petitioner,

12        v.                                  ORDER

13   UNKNOWN,

14              Respondent.

15

16                         *PROCEDURAL HISTORY*

17        On November 21, 2016 petitioner filed a letter requesting that the court to "preserve" his

18   time limits to file a petition, ECF No. 1.  On December 13, 2016, that request was denied by the

19   magistrate judge assigned to the case, and petitioner was granted 30 days from the date of the

20   Order to file a proper petition.  ECF No. 3.  On December 29, 2016 the petitioner requested an

21   open-ended extension of time to prepare his writ, ECF No 8, and on March 23, 2017, no petition

22   having yet been received, the district court ordered the action dismissed without prejudice, ECF

23   No. 11, and Judgment was entered o the case the same day.  ECF No. 12.

24        On April 9, 2018, Petitioner filed a Motion to Stay to arrest the deadline for the filing of a

25   full petition for Habeas Corpus relief.  ECF No. 14

26                            *DISCUSSION*

27        As this court explained in the Findings and Recommendations of the magistrate judge

28   filed on January 20, 2017, the district court does not have the power to override the filing

requirements established in the AEDPA statute, 28 U.S.C. 2254, and therefore cannot provide extensions of time until a petition is filed no matter how deficient that petition might be. ECF No. 10. The district court agreed with the recommendation that the action should be dismissed when it filed its Order and Judgment on March 23, 2017. ECF Nos. 11, 12 respectively. Thus there is no action pending upon which this court can act under the law.

*CONCLUSION*

In light of the foregoing, IT IS HEREBY ORDERED that:

1.     The motion to stay, construed as yet another request for extension of time to file a habeas petition, is denied;

2.     The Clerk of the Court shall not accept any further filings in this closed case.

**IT IS SO ORDERED.**

Dated: April 16, 2018

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE